WR-82,180-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/31/2015 10:10:51 AM
Accepted 8/3/2015 8:31:26 AM
ABEL ACOSTA
CLERK

### IN THE 346ᵀᴴ JUDICIAL DISTRICT COURT
### OF EL PASO, TEXAS

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | |
| | § | **TRIAL CAUSE NO. 99D04290-346-1** |
| | § | |
| **MARTHA Y. MELENDEZ,** | § | |
| **APPLICANT** | § | |

### MELENDEZ'S RESPONSE TO THE COURT OF CRIMINAL APPEALS' APRIL 15, 2015 REMAND ORDER REGARDING THE HABEAS RECORD

## I. Background

The Applicant concurs with the narrative history provided in the State's Letter Brief filed July 1, 2015 as to the dates that this Court entered its findings of fact and conclusions of law. Additionally, the Applicant acknowledges her filing of a motion on January 28, 2015 to ensure that a complete record was provided for the benefit of the Texas Court of Criminal Appeals (hereinafter referred to as "CCA"). Applicant filed a request for remand on March 17, 2015, after communicating with the CCA, because there appeared to be documents missing from the record. Counsel for Applicant continually monitored the updates from the CCA, El Paso County District Clerk, and the State.

The District Clerk did not provide notice to the Applicant that they supplemented the record to the CCA on February 13, 2015. Writ counsel discovered the supplement occurred when speaking, via telephone, with clerks at the CCA. Writ counsel immediately notified the State's attorney. Writ counsel did pass on the hearing because the record appeared to be complete.

Writ counsel DID relay the developments to the State's attorney and the CCA. Additionally, writ counsel paid for the El Paso District clerk to send a facsimile of the

contents of the supplemental record. The CCA was informed that a fax record was requested and a call was made to the CCA following the review. Writ counsel received notice of the remand and presumed, that given the District Clerk's prior error in providing an incomplete record when first ordered to prepare a record, that the CCA was being cautious and issued the remand out of a sense of caution to prevent any possible further harm to the Applicant. Writ counsel believes he has been most diligent with this issue to safeguard the Applicant's rights and that our investigation of the issue with the incomplete record, filing of a motion and request for remand in January and March 2015, respectively, prevented further inconveniences to the Court and State with this proceeding. The discoveries made during these proceedings since Applicant's January 28, 2015 motion have validated our concerns, were proven to be legitimate, and now the CCA can have a complete record to properly review this case.

## II. Specific Agreement as to Additional Items to Include in the Habeas Record.

In the State's letter brief of July 1, 2015, the State details 7 items that have not been previously included in any habeas record in this case, but that the State believes should be a part of the same. Additionally, Applicant requests that these follow up filings related to the remand be included in the habeas record. Applicant agrees to the inclusion of these items and requests an order from this Court to compel the District Clerk to supplement the record again for the benefit of the Texas Court of Criminal Appeals.

## CONCLUSION

For the foregoing reasons, Applicant MELENDEZ respectfully requests the Court issue and order and that the habeas record be completed and forwarded to the Texas Court of Criminal Appeals.

RESPECTFULLY SUBMITTED,

RUBEN FRANCO, JR.
406 N. Thompson
Conroe, Texas 77301
Tel: (936) 441-0204
Fax: (936) 494-4316
Email: ruben@francolawoffice.com

By: _____
Ruben Franco
State Bar No. 24040928
Attorney for Martha Melendez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading was served by placing same in the United States Mail, postage prepaid, on this 31th day of July, 2015 addressed to:

ADA Lily Stroud
Office of the District Attorney of El Paso County
500 E. San Antonio, 2nd Floor
El Paso, Texas 79901

_____
RUBEN FRANCO, JR.
Attorney for Martha Melendez